[No. 68845-6-I.   Division One.   January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DIMITRI NICHOLAS EVANOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00173-8, Sharon S. Armstrong, J., entered April 20, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Becker, J.

[No. 68914-2-I.   Division One.   January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDOR RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-01046-3, Cheryl B. Carey, J., entered June 12, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68958-4-I.   Division One.   January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MIKEAL SOMMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07904-6, Bruce E. Heller, J., entered June 15, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Becker and Verellen, JJ.

[No. 69036-1-I.   Division One.   January 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE RICHARD DUBOIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08312-4, Susan J. Craighead, J., entered July 13, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.